```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ANDREW WILLIAMS,                          :
                       Plaintiff,         :
                                          :    02 Civ. 4558 (DLC)
            -v-                           :
                                          :         ORDER
BRIAN FISCHER (SUPERINTENDENT)            :
J (A) SMITH (FIRST DEPUTY SUPT.)          :
DR. J. PERILLI (F.H.S.D.)                 :
MRS. CAPUANO (NURSE ADMIN.)               :
MR. WILLIAMS (PHYSICIAN ASSISTANT)        :
T.G. EAGAN (GRIEVANCE DIRECTOR)           :
SERGEANT KRUSEN                           :
SERGEANT MACNAMARA                        :
CORRECTION OFFICER CLARK                  :
CORRECTION OFFICER MALDONADO              :
CORRECTION OFFICER GOFFE                  :
MR. ABRAHAM (IBRAHIM) (PHYSICAL           :
THERAPIST)                                :
                       Defendants.        :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/09

DENISE COTE, District Judge:

Plaintiff having submitted a motion for reconsideration dated August 21, 2009, received in Chambers August 26, and forwarded to the Southern District of New York docketing unit for filing on August 27, it is hereby

ORDERED that opposition papers must be filed by October 9, 2009; and reply papers, if any, must be submitted by October 23, 2010.

IT IS FURTHER ORDERED that the parties will direct all future correspondence relating to this case to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.  Documents should not be mailed directly to Chambers.

IT IS FURTHER ORDERED that each party must include with any submission an affidavit of service stating that the adversary has already been served with the submission.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED:

Dated:   New York, New York
         August 27, 2009

                                      _____
                                             DENISE COTE
                                      United States District Judge

COPIES SENT TO:

Andrew Williams  
85-B-0689  
99 Prison Road  
Box 1000  
Woodbourne, NY 12788

Thomas M. Biesty  
Assistant Attorney General  
State of New York  
120 Broadway  
New York, NY 10271