```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
ANDREW WILLIAMS,                           :
                        Plaintiff,         :
                                           :    02 Civ. 4558 (DLC)
             -v-                           :
                                           :         ORDER
BRIAN FISCHER (SUPERINTENDENT)             :
J (A) SMITH (FIRST DEPUTY SUPT.)           :
DR. J. PERILLI (F.H.S.D.)                  :
MRS. CAPUANO (NURSE ADMIN.)                :
MR. WILLIAMS (PHYSICIAN ASSISTANT)         :
T.G. EAGAN (GRIEVANCE DIRECTOR)            :
SERGEANT KRUSEN                            :
SERGEANT MACNAMARA                         :
CORRECTION OFFICER CLARK                   :
CORRECTION OFFICER MALDONADO               :
CORRECTION OFFICER GOFFE                   :
MR. ABRAHAM (IBRAHIM) (PHYSICAL            :
THERAPIST)                                 :
                        Defendants.        :
                                           :
------------------------------------------ X
```

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09**

DENISE COTE, District Judge:

By Order of August 10, 2009, deadlines were set for parties' pre-trial statements in this case. On August 21, plaintiff submitted a motion for reconsideration, which became fully submitted on October 28, 2009. Accordingly, it is hereby

ORDERED that the pre-trial statement deadlines in the August 10, 2009 Order are adjourned sine die.

SO ORDERED:

Dated:   New York, New York
         November 4, 2009

                                    _____
                                          DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Andrew Williams                           Thomas M. Biesty
85-B-0689                                 Assistant Attorney General
99 Prison Road                            State of New York
Box 1000                                  120 Broadway
Woodbourne, NY 12788                      New York, NY 10271